FILED ___ RE___
___ ENTERED ___ S___
COUNSEL/PARTIES C___

JAN 1 3 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JEREMIE LEE GOODRICH,<br><br>    Defendant. | 3:11-CR-091-ECR (WGC) |

### PRELIMINARY ORDER OF FORFEITURE

This Court finds that on January 5, 2012, defendant JEREMIE LEE GOODRICH pled guilty to Count One of a One-Count Criminal Indictment charging him with Felon in Possession of a Firearm, in violation of Title 18, United States Code, Section 922(g)(1). Docket #1, #23.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and the offense to which defendant JEREMIE LEE GOODRICH pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

1. a SIG-Sauer, Model P220, .45-caliber pistol, serial number G386827; and
2. any and all ammunition ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

1   NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that
2   the United States of America should seize the aforementioned property.
3   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest
4   of JEREMIE LEE GOODRICH in the aforementioned property is forfeited and is vested in the
5   United States of America and shall be safely held by the United States of America until further
6   order of the Court.
7   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of
8   America shall publish for at least thirty (30) consecutive days on the official internet government
9   forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited
10  property, state the time under the applicable statute when a petition contesting the forfeiture must
11  be filed, and state the name and contact information for the government attorney to be served
12  with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code,
13  Section 853(n)(2).
14  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be
15  filed with the Clerk of the Court, Bruce R. Thompson U.S. Courthouse and Federal Building, 400
16  South Virginia Street, 3rd Floor, Reno, NV 89501.
17  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if
18  any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at
19  the following address at the time of filing:
20      Greg Addington
        Assistant United States Attorney
21      100 West Liberty Street, Suite 600
        Reno, NV 89501
22  . . .
23  . . .
24  . . .
25  . . .
26  . . .

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 13 day of January, 2012.

*Edward C. Reed*
UNITED STATES DISTRICT JUDGE